IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NAJIA NASIRI KAZEMY**,

        Plaintiff,

    v.

**BMW OF NORTH AMERICA, LLC,**
**a Delaware limited liability company**,

        Defendants.

No. 3:13-cv-02050-AC

OPINION AND ORDER

**MOSMAN, J.**,

On June 23, 2014, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [36] in the above-captioned case, recommending that Ms. Kazemy's motion to remand the action to Oregon state court [10] be denied. Neither party objected.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. I am not bound by the recommendations of the magistrate judge; instead, I retain responsibility for making the final determination. I am required to review de novo those portions of the report or any specified findings or recommendations within it to which an objection is made. 28 U.S.C. § 636(b)(1). However, I am not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140,

1 – OPINION AND ORDER

149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1).

 Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [36] as my own opinion.

 IT IS SO ORDERED.

 DATED this   17th   day of July, 2014.

           /s/ Michael W. Mosman
           MICHAEL W. MOSMAN
           United States District Judge

2 – OPINION AND ORDER